IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


```
CS ASSETS, L.L.C.,            )
                             )
      Plaintiff,             )
                             )    CIVIL ACTION NO.
      v.                     )     2:05cv87-MHT
                             )        (WO)
CUSTOM SERVICES              )
INTERNATIONAL, INC.,         )
MICHAEL A. BROWN,            )
LILLIE C. THOMAS, and        )
LMR INTERNATIONAL, INC.,     )
                             )
      Defendants.            )
```

### JUDGMENT

By agreement of the parties made on the record on

February 23, 2006, it is the ORDER, JUDGMENT, and

DECREE of the court that this case is dismissed in its

entirety with prejudice.

It is further ORDERED that all outstanding motions

are denied as moot.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of February, 2006.


    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE